UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL II,

     Plaintiff,

v.

NORBERT FRONCZAK,

     Defendant.

Case No. 23-cv-11123

Honorable Robert J. White
Magistrate Judge Curtis Ivy, Jr.

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO PARTIALLY DISMISS THE AMENDED COMPLAINT**

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s October 18, 2024 report and recommendation. (ECF No. 33).  The report recommended that the Court deny prison librarian Norbert Fronczak's motion to partially dismiss the amended complaint. (ECF No. 25).  None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's October 18, 2024 report and recommendation (ECF No. 33) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Fronczak's motion to partially dismiss the complaint (ECF No. 25) is denied.

IT IS FURTHER ORDERED that Fronczak is directed to answer the amended complaint (ECF No. 7) within 10 days of this order's entry.

Dated: November 20, 2024            s/Robert J. White_____
                                    Robert J. White
                                    United States District Judge