UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL, II,

     Plaintiff,

v.

NORBERT FRONCZAK,

     Defendant.

Case No. 23-cv-11123

Honorable Robert J. White

## JUDGMENT

The Court has granted defendant's motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal_____
       Deputy Clerk

May 4, 2026

Approved: s/ Robert J. White_____
     Robert J. White
     United States District Judge