UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANNABEL, II,

     Plaintiff,

v.

NORBERT FRONCZAK,

     Defendant.

Case No. 23-cv-11123

Honorable Robert J. White

---

**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM THE JUDGMENT AND RECUSAL**

---

Robert Annabel, II is currently incarcerated with the Michigan Department of Corrections.  He commenced this 42 U.S.C. § 1983 action against Robert Fronczak, the assistant law librarian at the Macomb Correctional Facility.  The amended complaint alleges, among other things, that Fronczak violated the First Amendment to the United States Constitution when he issued Annabel misconduct tickets and barred him from accessing the prison law library in retaliation for filing grievances against both Fronczak and other prison officials.  The Court issued a judgment in Fronczak's favor on May 4, 2026. (ECF No. 76).

Before the Court is Annabel's motion for relief from the judgment pursuant to Fed. R. Civ. P. 60(b). (ECF No. 77).  He also seeks the undersigned's recusal from

adjudicating this matter. (*Id.*).  Fronczak responded in opposition to the portion of the motion seeking relief from the judgment. (ECF No. 78).  He takes no position on the portion of the motion seeking recusal. (*Id.*, PageID.960 n.2).  The Court will decide the motion without a hearing pursuant to E.D. Mich. LR 7.1(f)(2).

The portion of the motion seeking relief from the judgment is denied because Annabel does not advance sufficient grounds under Rule 60(b) to obtain the requested relief.  Aside from neglecting to reference the sub-section of the rule that is pertinent to his motion, Annabel appears to solely contest the substance of the Court's previous decision awarding summary judgment to Fronczak.  This is not an adequate basis for seeking Rule 60(b) relief. *See Jinks v. AlliedSignal, Inc.*, 250 F.3d 381, 385 (6th Cir. 2001) ("Rule 60(b) does not allow a defeated litigant a second chance to convince the court to rule in his or her favor.").

The portion of the motion seeking recusal must also be denied.  Annabel fails to demonstrate that the undersigned is "clearly biased in favor of Defendant Fronczak . . ." (ECF No. 76, PageID.945). *See* 28 U.S.C. § 455(b)(1).  All he can show is that he disagrees with the undersigned's disposition of this matter, which is not an appropriate ground for recusal. *See Harris v. Morris*, No. 17-1373, 2017 U.S. App. LEXIS 21425, at *5 (6th Cir. Oct. 26, 2017) (affirming denial of recusal motion where the litigant "alleged only that he disagreed with the judge's previous ruling, not that the judge was biased or prejudiced").  Accordingly,

IT IS ORDERED that Annabel's motion for relief from the judgment and recusal (ECF No. 77) is denied.


Dated: June 23, 2026                          s/ Robert J. White
                                              Robert J. White
                                              United States District Judge